# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO.  1:04CV251
## (1:00CR74)

| | | |
|---|---|---|
| **RICHARD ALLEN JACKSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for the Court to re-enter its previous order granting the motion for the appointment of a private investigator filed May 12, 2005.

For the reasons stated in the Petitioner's motion and the Respondent having no objections to the motion,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to re-enter the May 12, 2005, Order is **ALLOWED.**

**IT IS FURTHER ORDERED** that Petitioner's counsel may retain the services of a private investigator not to exceed $1,000 exclusive of reasonable expenses.

**IT IS FURTHER ORDERED** that the Petitioner's private investigator has 60 days from entry of this Order within which to conduct an investigation.  Any additional matters which the Petitioner wishes to present to the Court after the conclusion of such investigation must be filed on or before 30 days from the conclusion of such investigation.  If the Petitioner finds after the

investigation that the issues raised in the amendment to the motion are not meritorious, written notice must be filed with the Court as soon as possible.

**IT IS FURTHER ORDERED** that the time for the filing of the Government's response to the pending pleadings filed by the Petitioner is hereby extended until 30 days after the filing by the Petitioner of any additional pleadings including any notice that the issues raised are not meritorious.

**Signed: August 19, 2005**

Lacy H. Thornburg
United States District Judge