# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV251
## (1:00CR74)

| | |
|---|---|
| RICHARD ALLEN JACKSON, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion for an *ex parte* hearing to seek additional funds for a private investigator and "other necessary expert assistance."

The Court will require a response to this motion from the Government.

**IT IS, THEREFORE, ORDERED** that the Government file response to the Petitioner's motion for an *ex parte* hearing on or before December 19, 2005.

Signed: December 7, 2005

Lacy H. Thornburg
United States District Judge