# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV251
## (1:00CR74)

| | |
|---|---|
| **RICHARD ALLEN JACKSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | <u>**J U D G M E N T**</u> |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

For the reasons set forth in the Memorandum of Opinion and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. § 2255 and the amendments and supplements thereto are hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claim based on the implementation of the sentence of death through lethal injection and the claim based on the execution of the sentence of death based on mental condition are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all remaining claims are hereby **DISMISSED WITH PREJUDICE.**

Signed: June 19, 2009

Lacy H. Thornburg
United States District Judge