IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:04cv251
[Criminal Case No. 1:00cr74]

| | |
|---|---|
| RICHARD ALLEN JACKSON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's Motion for Access to Trial Exhibits [Doc. 67].

The Petitioner seeks leave for access to and permission to photograph exhibits in the custody of the United States which were introduced into evidence at the trial of his criminal case. The Court did not retain custody of trial exhibits. The response of the Government discloses that the Government acknowledges that it is in possession of the exhibits in question and that it agrees to the Petitioner's requested access thereto. The Government also informs the Court that it has no objection to the Petitioner's counsel photographing or scanning said exhibits. In light of the Government's

response, it appears that the matter is entirely resolved and there is no dispute for this Court to adjudicate. Therefore, the Petitioner's motion is moot.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion for Access to Trial Exhibits [Doc. 67] is hereby **DENIED** as moot.

Signed: August 3, 2011

Martin Reidinger
United States District Judge