# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:04-cv-00251-MR
# [Criminal Case No. 1:00-cr-00074-1-T]

| | |
|---|---|
| **RICHARD ALLEN JACKSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner Richard Allen Jackson's motions for the admission of attorneys Jennifer Givens and Shawn Nolan as counsel *pro hac vice*. [Docs. 74, 75]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motions [Docs. 74, 75] are **ALLOWED**, and Jennifer Givens and Shawn Nolan are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**  Signed: July 1, 2013

Martin Reidinger
United States District Judge